No. 7087.

## LOUIS C. MACLIN VS. THE STATE.

Permission to sue the State having been given by a legislative Act, it will be assumed by the court that the object in authorizing the suit was to enable the plaintiff to establish judicially what sum the State ought to pay *ex æquo et bono,* and judgment will be given accordingly.

APPEAL from the Fourth District Court of New Orleans.    HOUSTON, J.

*G. L. Hall* for Plaintiff Appellant.    The Attorney-General for the State.

MARR, J., delivered the opinion amending the judgment.

No. 7083.

## THE STATE EX REL. HARMAN VS. THE JUDGE OF THE FOURTH COURT.

When the defendant in a possessory action prays oyer of the plaintiff's title or other writings, and an order is made to produce them on a given day in open court, " and in default thereof that the suit be dismissed," and this order not having been obeyed, the defendant moved the dismissal which was refused, and the plaintiff thereupon prayed an appeal from the order to produce, and being refused applied for a *mandamus.*

*Held,* that the writ cannot be granted since there has not been any judgment of dismissal.

FOR a *Mandamus.*

*Handlin* for Relator.    HOUSTON, J., *in pp.*

MARR, J., delivered the opinion.